UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

TIMOTHY JOHN CAREY,

                Plaintiff,

                                                                  Civil Action No. 1:23-cv-00854-GTS-DJS

      v.

MARTIN J. O'MALLEY,
Commissioner of Social Security,

                Defendant
-------------------------------------------------------------X

## STIPULATION FOR ALLOWANCE OF FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT

**IT IS HEREBY STIPULATED** by and between Johanny Santana, Special Assistant United States Attorney, for Carla B. Freedman, the United States Attorney for the Northern District of New York, attorneys for the Defendant, and Justin M. Goldstein, Esq., attorney for the Plaintiff, that the Defendant agrees to pay to the Plaintiff attorney fees in the amount of **$6,500.28,** pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, in full satisfaction of any and all claims under the EAJA. The attorney fees may be paid to Plaintiff's counsel if Plaintiff agrees to assign the fees to counsel, and provided that Plaintiff owes no debt to the Federal Government that is subject to offset under the U.S. Treasury Offset Program.

Dated: March 5, 2024

Carey v. Commissioner, 1:23-cv-00854-GTS-DJS
*Stipulation and Order Awarding Attorney's Fees*

| | | | |
|---|---|---|---|
| By: | */s/ Johanny Santana*<br>Special Assistant United States Attorney<br>Social Security Administration<br>Office of Program Litigation – 2<br>Office of the General Counsel<br>Social Security Administration<br>(212) 264-4401<br>Email: johanny.santana@ssa.gov | By: | */s/ Justin M. Goldstein*<br>Law Offices of Kenneth Hiller, PLLC<br>6000 North Bailey Avenue - Suite 1A<br>Amherst, NY 14226<br>716-564-3288<br>Fax: 716-332-1884<br>Email: jgoldstein@kennethhiller.com |

**SO ORDERED:**

Glenn T. Suddaby
U.S. District Judge

_____March\_\_\_\_\_, \_6\_, 2024